# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE STATE LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>SHARON O'ROURKE and KATHLEEN O'ROURKE,<br><br>        Defendants. | Civil Action No.<br><br>22-3715 (CCC) (LDW)<br><br>**ORDER TO DEPOSIT FUNDS WITH THE COURT INTO THE C.R.I.S. DISPUTED OWNERSHIP FUND** |

**THIS MATTER** having come before the Court by way of the parties' proposed consent order for deposit of life insurance benefits in the Court's registry (ECF No. 22); and for good cause shown;

**IT IS** on this 18th day of January 2023,

**ORDERED** that within 14 days of The State Life Insurance Company's receipt of this Order, it shall deposit the life insurance benefit in the amount of $200,149.32 with the Clerk of this Court; and it is further

**ORDERED** that the sum of $200,149.32 be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of his or her office allows, the Clerk of Court shall deposit these funds into the interest-bearing DOF established within the CRIS and administered by the Administrative Office of the United States Courts, as Custodian, which shall be responsible for meeting all DOF tax administration requirements, pursuant to L. Civ. R. 67.1(a)(2); it is further

**ORDERED** that the sum of money so invested in the interest-bearing DOF shall remain on deposit until further order of this Court at which time the funds, together with interest thereon,

shall be retrieved by the Clerk of Court and redeposited into the non-interest-bearing Registry of the Court for disbursement pursuant to further order of the Court; it is further

**ORDERED** that the Custodian shall deduct the DOF fee of an annualized 20 basis points on assets on deposit in the DOF for management of investments and tax administration. The Custodian shall withhold and pay federal taxes due on behalf of the DOF; and it is further

**ORDERED** that a certified copy of this Order shall be personally served upon the Clerk of Court, Chief Deputy of Administration, Chief Deputy of Operations or Finance Manager.

      *s/ Leda Dunn Wettre*
      Hon. Leda Dunn Wettre
      United States Magistrate Judge