UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE STATE LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>SHARON O'ROURKE and KATHLEEN O'ROURKE,<br><br>        Defendants. | Civil Action No.<br><br>22-3715 (MEF) (LDW)<br><br><br>**ORDER TO DISBURSE FUNDS** |

**THIS MATTER** having come before the Court by way of an August 22, 2023 settlement conference before the undersigned at which the parties reached a settlement in principle; and in accordance with the terms of the parties' settlement agreement; and for good cause shown;

**IT IS** on this day, September 8, 2023:

**ORDERED** that the interpleaded life insurance proceeds deposited with the Court shall be distributed as follows:

| PAYEE | ADDRESS | AMOUNT |
|---|---|---|
| Daniel McNerney, Esq. Trust Account | 20 Court Street<br>Hackensack, N.J. 07601 | $100,074.66 |
| Drew K. Murray, Esq. Trust Account | 230 West Parkway, ST 3<br>Pompton Plains, N.J. 07444 | $100,074.66 |

**IT IS FURTHER ORDERED** that any accrued interest shall be distributed equally to each Payee listed above.

                                            *s/ Leda Dunn Wettre*
                                            Hon. Leda Dunn Wettre
                                            United States Magistrate Judge